**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

ALLEGHENY INTERMEDIATE UNIT,    :   No. 52 WAL 2019

           Respondent    :

         :   Petition for Allowance of Appeal from
         :   the Order of the Commonwealth Court

           v.    :

         :

         :

EAST ALLEGHENY SCHOOL DISTRICT,    :

         :

           Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.